

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-15-00433-CV

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & POST OAK CLEAN GREEN, INC.**,
Appellants

v.

**GUADALUPE COUNTY GROUNDWATER CONSERVATION DISTRICT**,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0863-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

The panel has considered the appellee's motion for extension of time to file motion for rehearing, and the motion is GRANTED.  Time is extended to May 5, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_____
Keith E. Hottle
Clerk of Court